UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL JOSEPH BRADY,

          Petitioner,

v.

MAGGIE MILLER-STOUT,

          Respondent.

NO. C11-6020 RJB/KLS

ORDER DIRECTING PARTIES TO SUBMIT FURTHER BRIEFING

Before the Court is Petitioner's Motion to Stay. ECF No. 9. Respondent opposes the stay and has filed a motion to dismiss. ECF No. 10. Based on the information before it at this time, the Court is unable to make a determination on the motions and requires further briefing. In particular, the parties are directed to provide further information relating to the following matters: (1) the status of Petitioner's pending personal restraint petitions (only those challenging his state court convictions); (2) Petitioner's deadline to file his federal habeas petition; and (3) the status of the Washington state courts' determination of the timeliness of Petitioner's personal restraint petitions.

Accordingly, it is **ORDERED:**

(1) The parties shall provide the Court with the foregoing requested briefing **on or before March 30, 2012.**

(2) The Clerk shall **strike** the present noting dates of Petitioner's motion to stay and abey (ECF No. 9) and Respondent's motion to dismiss (ECF No. 10). The motions (ECF Nos. 9 and 10) shall be **re-noted** for the Court's consideration on **March 30, 2012.**

ORDER - 1

1    (3)   The Clerk shall send copies of this Order to Petitioner and to counsel for
2  Respondent.

   **DATED** this  6th  day of March, 2012.

   *[signature]*
   Karen L. Strombom
   United States Magistrate Judge

ORDER - 2