UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL JOSEPH BRADY,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

NO. C11-6020 RJB/KLS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

Petitioner has filed a Motion for Extension of Time to File Reply to Respondent's Response to Petitioner's Petition for Writ of Habeas Corpus. ECF No. 28. His motion seeks an extension until April 12, 2013 to file his reply brief. The Respondent has no objection to Mr. Brady's motion for an extension of time. ECF No. 29.

Accordingly, it is **ORDERED:**

1. Petitioner's motion (ECF No. 28) is **GRANTED**; Petitioner shall file his reply to Respondent's response on or before **April 12, 2013.** The Clerk is directed to **re-note** the habeas petition (ECF No. 1) for **April 12, 2013.**

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 14th day of March, 2013.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER - 1