# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL JOSEPH BRADY,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　　Respondent. | NO. C11-6020 RJB/KLS<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME |

Petitioner has filed a second motion for extension of time to file his reply to Respondent's Response to Petitioner's Petition for Writ of Habeas Corpus. ECF No. 31. He previously sought and was granted an extension until April 12, 2013. ECF No. 30. In this motion, Petitioner seeks an additional 14 days. Petitioner's motion for extension is noted for April 12, 2013, but the Court finds no prejudice to granting Petitioner's request now.

Accordingly, it is **ORDERED:**

1. Petitioner's motion (ECF No. 31) is **GRANTED**; Petitioner shall file his reply to Respondent's response on or before **April 26, 2013.** The Clerk is directed to **re-note** the habeas petition (ECF No. 1) for **April 26, 2013.**

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 29th day of March, 2013.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1