1
2
3
4
5
6
7
8
           UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9
                  AT TACOMA
10

| | |
|---|---|
| 11  MICHAEL JOSEPH BRADY, | CASE NO. 11-6020 RJB/KLS |
| 12             Petitioner, | ORDER ON REPORT AND RECOMMENDATION |
| 13     v. | |
| 14  MIGGIE MILLER-STOUT, | |
| 15             Respondent. | |

16      This matter comes before the Court on the Report and Recommendation of U.S.

17 Magistrate Judge Karen L. Strombom.  Dkt. 36.  The Court has reviewed the Report and

18 Recommendation, objections to the Report and Recommendation, if any, and the remaining file.

19      The Report and Recommendation should be adopted and the petition dismissed.  Further,

20 no certificate of appealability should issue.

21      **IT IS ORDERED THAT**:

22      The Report and Recommendation (Dkt. 36) **IS ADOPTED**;

23      The Petition is **DENIED** and **DISMISSED**; and

24      Petitioner is **DENIED** issuance of the certificate of appealability.

1    The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge

2  Karen L. Strombom, all counsel of record, and to any party appearing *pro se* at said party's last

3  known address.

4    Dated this 27th day of August, 2013.

5

6

7  ROBERT J. BRYAN
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON REPORT AND
RECOMMENDATION- 2